# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF GEORGIA
# SAVANNAH DIVISION

| | | |
|---|---|---|
| BENJAMIN FRANKLIN MILLER, | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | Case No. CV416-033 |
| ERIC K. FANNING, Secretary of the Army, | ) ) ) ) | |
| Defendant. | ) ) | |

## REPORT AND RECOMMENDATION

Benjamin Franklin Miller, a former U.S. Army employee, has filed this Title VII sexual harassment, retaliation, and wrongful discharge lawsuit against the U.S. Army (nominally naming Eric K. Fanning, who is the Secretary of the Army). Doc. 1 at 1. A non-prisoner proceeding *pro se,* this Court directed him to amend his Complaint in light of specified pleading deficiencies. Doc. 6. It warned him that to "[i]gnore court orders risks dismissal." *Id.* at 10 n. 3.

Miller has failed to comply by the September 15, 2016 deadline, so his case should be **DISMISSED**. *See* Fed. R. Civ. P. 41(b); L.R. 41(c); *Link v. Wabash R.R. Co.*, 370 U.S. 626, 629-30 (1962).

**SO REPORTED AND RECOMMENDED**, this __19th__ day of September, 2016.

_/s/ G. R. Smith_
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA